6:20cv693

# EXHIBIT E



https://www.linkedin.com/feed/update/urn:li:activity:6676553026553171968/



https://www.linkedin.com/feed/update/urn:li:activity:6676553026553171968/



https://www.linkedin.com/in/garland-hill-5a8593/

