IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRILLER, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD. and TIKTOK, INC.,<br><br>       Defendants. | Civil Action No. 6:20-cv-693-ADA |

**BYTEDANCE LTD.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bytedance Ltd. states that it is a privately-held corporation. As such, no public entity owns 10% or more of the stock of this company.

| | |
|---|---|
| Dated: November 13, 2020 | FISH & RICHARDSON P.C. |

                                                By: */s/ David M. Hoffman*
                                                        Frank E. Scherkenbach (*pro hac vice*)
                                                        Adam J. Kessel (*pro hac vice*)
                                                        Proshanto Mukherji (*pro hac vice*)
                                                        One Marina Park Drive
                                                        Boston, MA 02210
                                                        Tel: (617) 542-5070
                                                        Fax: (617) 542-8906

                                                        David M. Hoffman
                                                        Texas Bar No. 24046084
                                                        hoffman@fr.com
                                                        111 Congress Avenue, Suite 810
                                                        Austin, TX 78701
                                                        Tel: (512) 472-5070
                                                        Fax: (512) 320-8935

                                                        **COUNSEL FOR DEFENDANT BYTEDANCE LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 13, 2020, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.   Local Rule CV-5(b)(1).

*/s/ David M. Hoffman*
David M. Hoffman